UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE FELIX-CARRAZCO,<br><br>Defendant. | Case No. 1:01-cr-00016-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

### INTRODUCTION

Before the Court is Felipe Felix-Carrazco's Motion for Reduction of Sentence under 18 U.S.C. 3582(c) (Compassionate Release). Dkt. 198. The Government does not oppose the motion. Dkt. 199. For the reasons that follow, the Court will grant the motion.

### BACKGROUND

In January 2002, Mr. Felix was sentenced to 492 months incarceration after being convicted at trial for conspiracy to distribute controlled substances. Dkt. 112, 113. Felix was later resentenced to 327 months. Dkt. 169. Felix has served approximately 238 months in prison and his projected release date is May 10, 2024.

**MEMORANDUM DECISION AND ORDER - 1**

Felix is currently incarcerated at Big Springs CI, which has 8 inmates and 7 staff with active COVID-19 infections. Felix has performed well during incarceration. He has had no disciplinary incidents and has completed his GED along with significant BOP programming. Dkt. 198-3. If released Felix would be released to an ICE detainer and deported to Mexico. There he would reside with his sister's family at their ranch in Durango. Felix's children reside in California and have expressed a willingness to help support their father if he is released.

Felix is 60 years old and suffers from obesity, hyperlipidemia, and hyperthyroidism. These conditions, combined with his age, put Felix at a higher risk of having serious complications and severe symptoms from COVID-19.[1]

## LEGAL STANDARD

Felix seeks compassionate release under 18 U.S.C. 3582(c)(1)(A). To grant compassionate release, a district court must, as a threshold matter, determine whether a defendant has exhausted his or her administrative remedies. *Id*. If the exhaustion requirement is met, the court must consider the 18 U.S.C. § 3553(a) factors. *Id.* Then the Court may grant compassionate release only if the defendant shows that "extraordinary and compelling reasons warrant such a reduction." and

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last accessed January 5, 2021).

the reduction is "consistent with applicable policy statements" issued by the U.S. Sentencing Commission. *Id.*; *United States v. Rodriguez*, 424 F. Supp. 3d 674, 680 (N.D. Cal. 2019). The defendant bears the burden of establishing that extraordinary and compelling reasons exist to justify compassionate release. *See United States v. Greenhut,* 2020 WL 509385, at *1 (C.D. Cal. Jan. 31, 2020) (citing *United States v. Sprague*, 135 F.3d 1301, 1306-07 (9th Cir. 1998)).

## ANALYSIS

Felix submitted a request to the Warden of Big Springs CI in October 2020 and the Warden has not yet responded. Therefore, he meets the exhaustion requirement of § 3582(c)(1)(A) and his motion is ripe for consideration.

The Court finds, and the Government agrees, that the § 3553(a) factors support release, and that Felix has shown extraordinary and compelling circumstances warranting his release. Felix has served approximately 20 years of his sentence. While his crime was serious, he has performed well in prison, and demonstrated his commitment to living a prosocial life upon release. Further, he has supportive family who will help him reintegrate into society and a stable place to live. The Court also finds that he will not be a danger to society if released.

Felix's age and health condition, combined with he current COVID-19 pandemic, are extraordinary and compelling reasons warranting release. If Felix

MEMORANDUM DECISION AND ORDER - 3

was to contract COVID-19 he risks suffering a severe illness, significant complications, or even death.

Accordingly, the Court will grant Felix's motion for compassionate release and order that he be released to his ICE detainer.

## ORDER

**IT IS ORDERED** that:

1. Felipe Felix-Carrazco's Motion for Reduction of Sentence under 18 U.S.C. 3582(c) (Compassionate Release) (Dkt. 198) is **GRANTED**.

2. Felipe Felix-Carrazco's sentence is reduced to a sentence of time served pursuant to 18 U.S.C. § 3582(c)(1)(A).

3. The Bureau of Prisons shall release Felipe Felix-Carrazco as soon as possible. Upon release from BOP custody Felix-Carrazco shall enter the custody of Immigration and Customs Enforcement pursuant to his underlying detainer.

DATED: January 5, 2021

B. Lynn Winmill
U.S. District Court Judge